FEBRUARY 29, 1956

**No. 59749.**—Hoffer & Slone and H. W. Robinson & Co., Inc. *v.* United States, protests 235461–K, etc.—Protests abandoned January 25, 1956. (Not published.) (Initial No. 214056–K.) Plaintiffs' application for rehearing granted.